IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JUSTICE ANTHONY MITCHELL                                              PLAINTIFF

       v.                    Civil No. 6:11-cv-06061

SHERIFF LARRY SANDERS;
CAPTAIN STEED; and LIEUTENANT
RADLY                                                                  DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

    Plaintiff, Justice Anthony Mitchell, currently an inmate of the Garland County Detention Center, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2011), the Honorable Robert T. Dawson, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

    On August 2, 2011, the case was provisionally filed and an order (Doc. 3) entered directing Plaintiff to file a complete *in forma pauperis* application by August 22, 2011.

    To date, Plaintiff has not complied with the Court order or communicated with the Court in anyway. No mail has been returned as undeliverable.

    I therefore recommend that this action be dismissed based on Plaintiff's failure to obey and order of this Court and his failure to prosecute this action. Fed. R. Civ. P. 41(b).

    **The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

    DATED this 9th day of September 2011.

                                                /s/ *J. Marschewski*
                                                HON. JAMES R. MARSCHEWSKI
                                                CHIEF UNITED STATES MAGISTRATE JUDGE