```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

JUSTICE ANTHONY MITCHELL                                PLAINTIFF

v.                      Case No. 11-6061

SHERIFF LARRY SANDERS, *et al.*                        DEFENDANTS

                           O R D E R

On this 3rd day of October 2011, there comes on for consideration the report and recommendation filed in this case on September 7, 2011, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 4). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE for failure to prosecute and for failure to obey the orders of the Court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge